| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | WILLIAM B.TAYLOR<br>Special Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-po-00087-SAB |
| Plaintiff, | [Citation # F5384094 CA/42] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| NICOLE A. NAUMCHEFF | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:19-po-00087-SAB [Citation # F5384094 CA/42] against NICOLE A. NAUMCHEFF, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 18, 2019                 Respectfully submitted,

                                                              McGREGOR W. SCOTT<br>
                                                              United States Attorney

                                By:    /s/ William B. Taylor<br>
                                                              WILLIAM B. TAYLOR<br>
                                                             Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:19-po-00087-SAB [Citation # F5384094 CA/42] against NICOLE A. NAUMCHEFF be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **December 19, 2019**

UNITED STATES MAGISTRATE JUDGE